RECEIVED
MAY 13 2009
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) Case No. 3:02-cr-00103-09-HRH
v. )
)
MAXIMO DELEON CRUCEY, )
)
    Defendant. )
_____ )

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    __X__ The court has granted the motion of the government for dismissal without prejudice;
    ____ The court has granted the motion of the defendant for a Judgment of Acquittal;
    ____ A jury has been waived, and the court has found the defendant NOT GUILTY;
    ____ The jury has returned its verdict, finding the defendant NOT GUILTY;
    ____ (Other reason, or reasons, if any);
of the offense(s) of Conspiracy to Possess and Distribute Controlled Substance, Possession/Distribution of Controlled Substance and Money Laundering as charged in count(s) 1, 2, 199, 200, and 201 of the Indictment.

    **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this 13 day of May, 2009.

    REDACTED SIGNATURE
    H. Russel Holland
    United States District Judge

[]{DISCHARG.WPD*Rev.07/03}